## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DYKE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE NATIONAL SECURITY GROUP, INC., WINFIELD BAIRD, FRED CLARK, JR., WILLIAM L. BRUNSON, JR., PAUL C. WESCH, JACK E. BRUNSON, DONALD S. PITTMAN, MICKEY MURDOC, WALTER P. WILKERSON, FLEMING BROOKS, FRANK B. O'NEIL, JAMES B. SAXON, CAROLYN E. BRUNSON, BRIAN R. MCLEOD, and L. BRUNSON WHITE,<br><br>    Defendants. | Case No.: 1:22-cv-03796-JMF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff James Dyke ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 1, 2022

**BRODSKY & SMITH**

By: */s/ Evan J. Smith*
Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*

The Clerk of Court is directed to close the case.

SO ORDERED.

August 1, 2022